IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS A. LEVYA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-1348-DII |
| | § | |
| BASCAI, INC., DOES 1-10, KAO CHI PING CHEN, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions to dismiss and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on February 22, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE